```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

HOSPITALITY ASSOCIATES OF            )
   LANCASTER, L.P.,                  ) Civil Action
                                     ) No. 07-cv-03955
            Plaintiff                )
                                     )
       vs.                           )
                                     )
LANCASTER LAND                       )
   DEVELOPMENT, L.P.,                )
                                     )
            Defendant                )
                                     )
       and                           )
                                     )
FCD-DEVELOPMENT, LLC,                )
                                     )
            Intervenor-              )
            Defendant                )

O R D E R

NOW, this 30th day of September, 2008, upon consideration of the following pleadings:

(1) Hospitality Associates of Lancaster, L.P.'s Motion to Dismiss Lancaster Land Development, L.P.'s Claim of Interference with a Contractual Relation, which motion was filed October 22, 2007, together with

    (A) Hospital Associates of Lancaster, L.P.'s Memorandum of Law in Support of Motion to Dismiss Lancaster Land Development, L.P.'s Claim of Interference with a Contractual Relation, which memorandum was filed October 22, 2007;

    (B) Memorandum of Law of Defendant/ Counterclaimant Lancaster Land Development, L.P in Opposition to the Motion to Dismiss of Plaintiff Hospitality Associates of Lancaster, L.P., which memorandum in opposition was filed November 8, 2007;

      (2)    Hospitality Associates of Lancaster, L.P.'s Motion to Dismiss FCD-Development, LLC's Claim of Interference with a Contractual Relation, which motion was filed November 29, 2007, together with

           (A)    Hospitality Associates of Lancaster, L.P.'s Memorandum of Law in Support of Motion to Dismiss Lancaster Land Development, L.P.'s Claim of Interference with a Contractual Relation, which memorandum was filed October 22, 2007, and which memorandum is incorporated by plaintiff by reference in support of this motion[1]; and

           (B)    Memorandum of Law of Intervenor-Defendant FCD-Development, LLC in Opposition to the Motion to Dismiss of Plaintiff Hospitality Associates of Lancaster, L.P., which memorandum in opposition was filed December 11, 2007;

and for the reasons articulated in the accompanying Opinion,

    <u>IT IS ORDERED</u> that Hospitality Associates of Lancaster, L.P.'s Motion to Dismiss Lancaster Land Development, L.P.'s Claim of Interference with a Contractual Relation is denied.

---

[1] In plaintiff's motion (2), plaintiff Hospitality Associates of Lancaster L.P. stated,

> The infirmities of this claim are identical to those identified in the Memorandum of Law filed October 22, [2007] with respect to Count II of Defendant Lancaster Land Development, L.P.'s counterclaims.  That Motion has been fully briefed and is now ripe.  Said Memorandum is hereby incorporated [by] reference in support of this Motion as well.

IT IS FURTHER ORDERED that Hospitality Associates of Lancaster, L.P.'s Motion to Dismiss FCD-Development, LLC's Claim of Interference with a Contractual Relation is denied.

BY THE COURT:

/s/ James Knoll Gardner

James Knoll Gardner
United States District Judge